Lokesh VUYYURU, M.D.; Virginia Gastroenterology Associates PC; Virginia Times, Inc., Plaintiffs–Appellants,

v.

Gopinath JADHAV, M.D.; Community Health Systems Professional Services, Inc.; Petersburg Hospital Co., LLC, d/b/a Southside Regional Medical Center; Columbia/HCA John Randolph, Inc.; Anant Damle, M.D.; Judith W. Jadgmann, in official capacity as then acting Virginia Attorney General; David Fikse; Linda Ault; Frank W. Pedrotty; William Harp, M.D.; Robert Nebiker; John Stanwix; Kamlesh Dave, M.D.; Robert F. McDonnell, in his official capacity as then Virginia Attorney General; Sharad Saraiya, M.D., Defendants–Appellees,

and

Southside Gastroenterology Associates, Ltd; Petersburg Hospital, Inc., d/b/a Southside Regional Medical Center; The Cameron Foundation, a Virginia Nonprofit Corporation; Virginia Board of Medicine; Jerry Kilgore, in former and official capacity and in individual capacity as Virginia Attorney General; David Dunham; Stephen E. Heretick; Lynn Austin; Akshay Dave, M.D.; John Doe, Defendants,

1 to 10, Defendants.

Michael Golding, M.D.; Christopher T. Mallavarapu, M.D.; Addagadda C. Rao, M.D., Amici Supporting Appellants.

No. 11–2050

United States Court of Appeals, Fourth Circuit.

Argued: Sept. 18, 2012.

Decided: Dec. 27, 2012.

ARGUED: Mick G. Harrison, Bloomington, Indiana, for Appellants. Rudolph W. Savich, Bloomington, Indiana, for Amici Supporting Appellants. Wesley Glenn Russell, Jr., Office of the Attorney General of Virginia, Richmond, Virginia; William Benjamin Pace, Williams Mullen, Richmond, Virginia, for Appellees. ON BRIEF: Steven D. Smith, SD Smith, Esquire, PLLC, Blacksburg, Virginia, for Appellants. J. William Boland, Nathan A. Kottkamp, Jeremy S. Byrum, McGuirewoods LLP, Richmond, Virginia, for Appellees Columbia/HCA John Randolph, Incorporated, Linda Ault, and Sharad Saraiya, M.D.; Martin A. Donlan, Jr., Williams Mullen, Richmond, Virginia, for Appellee Gopinath Jadhav, M.D.; B. Page Gravely, Jr., Emily M. Scott, Hancock, Daniel, Johnson & Nagle, PC, Glen Allen, Virginia, for Appellees Petersburg Hospital Company, LLC, Community Health Systems Professional Services, Incorporated, Kamlesh Dave, M.D., and David Fikse; Stephen D. Rosenthal, David E. Constine, III, Troutman Sanders LLP,

Richmond, Virginia, for Appellee Anant Damle, M.D.; John D. Gilbody, Assistant Attorney General, Office of the Attorney General, Richmond, Virginia, for Appellees Robert F. McDonnell, Judith W. Jagdmann, Francis Walter Pedrotty, III, William Harp, M.D., Robert Nebiker, and John Stanwix. Kara L. Reagan, Stafford Law Office, LLC, Bloomington, Indiana, for Amici Supporting Appellants.

Before TRAXLER, Chief Judge, and DIAZ and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lokesh Vuyyuru, M.D., Virginia Gastroenterology Associates PC, and Virginia Times, Inc., appeal from the district court's various orders (1) dismissing their complaint, (2) imposing sanctions and a pre-filing injunction, (3) denying their motion to vacate, (4) denying their motion to reconsider, (5) denying their motion for disclosure from the court, and (6) denying their motion to disqualify the district court judge. We have carefully reviewed the record in this case and have considered the arguments made by the Appellants and their amici, both in their briefs and at oral argument. We find no reversible error and, therefore, affirm for the reasons stated by the district court. *See Vuyyuru v. Jadhav,* No. 3:10–cv–173, 2011 WL 1483725 (E.D.Va. April 19, 2011 & 2011 WL 3841823, Aug. 30, 2011). We also deny the Appellees' pending motion for sanctions and deny, as moot, the Appellants' related motion to strike.

*AFFIRMED.*